IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    *Plaintiff-Respondent,*

vs.

                                  Case No. 6:18-cr-10085-EFM
                                            6:22-cv-01101-EFM

EBUBE OTUONYE,

    *Defendant-Petitioner,*

**MEMORANDUM AND ORDER**

    During the Court's hearing on Defendant-Petitioner Ebube Otuonye's Motion to Proceed Pro Se, it came to the Court's attention that the United States' Response to Defendant's original motion to vacate numbered 103 pages (Doc. 190). When the Response was filed on November 14, 2022, this Court's page limitation for legal briefing was 50 pages. Since then, the Court has reduced its page limitation for briefs to 40 pages. Nothing in the docket suggests that the United States filed a motion to exceed the page limitations prior to filing its Response.

    **IT IS THEREFORE ORDERED** that the United States show cause by February 1, 2023, for why its responsive brief—more than twice the length allowed by the Court's page limitation at the time of filing—should not be stricken from the record.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2023.

                                              ERIC F. MELGREN
                                              CHIEF UNITED STATES DISTRICT JUDGE