IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    *Plaintiff-Respondent,*

vs.

EBUBE OTUONYE,

    *Defendant-Petitioner,*

Case No. 6:18-cr-10085-EFM
6:22-cv-01101-EFM

**MEMORANDUM AND ORDER**

Before the Court is the United States' Motion to file a sur-reply to Defendant-Petitioner Ebube Otuonye's Reply (Doc. 218). The United States believes Defendant has presented new arguments and factual detail in his 86-page Reply which require 60 days and another 86 pages for the United States to address.

The Court disagrees. "The [C]ourt does not consider arguments raised for the first time in a reply brief."[1] To the extent Defendant raised new arguments within his Reply, they will not be considered by the Court. If Defendant raises those issues during oral argument, the United States is free to object to those arguments during the upcoming hearing. Further briefing is unnecessary.

---

[1] *H&C Animal Health, LLC v. Ceva Animal Health, LLC*, 499 F. Supp. 3d 920, 935 (D. Kan. 2020).

-2-

**IT IS THEREFORE ORDERED** that the United States' Motion to file a sur-reply (Doc. 218) is **DENIED.**

**IT IS SO ORDERED.**

Dated this 7th day of April, 2023.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE